

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00356-CR

Daniel **CASAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8563
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 2, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice